

# NUMBER 13-21-00177-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

JOSEFINA MATA A/K/A
JOSEFINA MATA CHAVARRIA,                                        Appellant,

v.

GABRIEL MARTINEZ AND
CARMEN MARTINEZ,                                              Appellees.

---

On appeal from the 197th District Court
of Willacy County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Memorandum Opinion by Justice Silva**

On June 10, 2021, appellant filed a notice of appeal. On June 29, 2021, the Clerk

of the Court notified appellant she was delinquent in remitting the $205.00 filing fee and,

if the fee was not paid within 10 days, the appeal would be dismissed.

Subsequently, appellant filed an amended notice of appeal; however, she has neither paid the fee nor otherwise responded to the Court's notice. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

CLARISSA SILVA
Justice

Delivered and filed on the
26th day of August, 2021.

2